# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-1203** | **September Term, 2015** |
| | NLRB-12CA109207 |
| | Filed On: October 16, 2015 [1578402] |

Schwarz Partners Packaging, LLC, doing business as MaxPak,

       Petitioner

    v.

National Labor Relations Board,

       Respondent

------------------------------

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO-CLC,
       Intervenor

------------------------------

Consolidated with 15-1235

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing order issued October 15, 2015 be amended to reflect that the following revised briefing deadlines will now apply:

| | |
|---|---:|
| Petitioner's Brief | November 24, 2015 |
| Appendix | November 24, 2015 |
| Respondent's Brief | December 24, 2015 |
| Intervenor for Respondent's Brief | January 8, 2016 |
| Petitioner's Reply Brief | January 22, 2016 |

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk